# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Tampa Division

Gwendolyn Green

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Zorie AI- Advanced Automation

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 8:26-CV-2970-JLB-NHA

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [X] Yes [ ] No

OCT 7 2026 PM3:21
FILED - USDC - FLMD - TPA

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Gwendolyn Green |
| Street Address | 3613 E. North Bay Street |
| City and County | Tampa Hillsborough |
| State and Zip Code | Fl. 33610 |
| Telephone Number | 813-763-0437 |
| E-mail Address | Mrs_Wonderful@myyahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



NP

Defendant No. 1

| | |
|---|---|
| Name | Jorie AI - Advanced Automation |
| Job or Title *(if known)* | 121 W 22nd Street Suite 910 |
| Street Address | |
| City and County | Hinsdale OAK Brook |
| State and Zip Code | Illinos, 60523 |
| Telephone Number | 224-378-0029 |
| E-mail Address *(if known)* | Glandry@joriehc.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

______________________________

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Gwendolyn M. Green, is a citizen of the State of *(name)* Florida.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* ______________, is incorporated under the laws of the State of *(name)* ______________, and has its principal place of business in the State of *(name)* ______________.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* ______________, is a citizen of the State of *(name)* ______________. Or is a citizen of *(foreign nation)* ______________.

b. If the defendant is a corporation

The defendant, *(name)* Torie AI - Advanced Automation is incorporated under the laws of the State of *(name)* Illinosis, and has its principal place of business in the State of *(name)* Illinos.
Or is incorporated under the laws of *(foreign nation)* ________,
and has its principal place of business in *(name)* Illinos.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I am Gwendolyn M. Green am Requesting more than $75.000 because of unwarrted, unmerrited, Retalitory Termination by Torie AI-Advanced Automation for Mental, Physical, Emotional/financial stress, Anixety and suffering. Gwendolyn M. Green

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attachments [signature]

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attachments. [signature]

## Statement of Claim:

I Gwendoly M. Green received a Zoom Email Invite to have a 1:1 Coaching the following day, I accepted the zoom invite and immediately submitted a response email requesting additional information on the meeting topic, to which Christopher Thomas responded advised it wasn't anything bad and he would provide additional information and context during the 1:1 on tomorrow. I was advised during the 1:1 held on 06/29/206 he had received a complaint that another employee advised she felt offended by a comment I made during our previous team meet. During this 1:1 I acknowledged my surprise, disappointment at with the complaint of racial in sensitivity, I verbalized in detail my comment was a factual statement based on information directly told to me by numerous patients. Christopher agreed he nor Nikki Rebolloso after replaying and listening to the zoom call found no fault on my part.

I received the same day a written Coaching from Christopher Thomas which he advised to submit my rebuttal. I was again surprised to receive a written Coaching as Christopher had advised during the Zoom meeting this was a (Soft) coaching just to make me aware of the complaint and that from their investigation I had done nothing wrong. I submitted my rebuttal to Christopher Thomas and Included an addendum to bring to Christopher Thomas attention that on (Two) separate recorded zoom calls he had made the same comment which was extremely unprofessional, racially inappropriate, insensitive and disrespectful. I acknowledged this to him after withholding my concerns about his comment for (3) weeks.

I acknowledged to Christopher Thomas I thought this would be an appropriate time to address the issue I had with his comment (And Poor Word Choice) as I had just been addressed and advised to be careful and cognizant of how our words or wording could be taken out of context by others. My only reason for bring the issue to light he so he could also be aware of what he said and how it (If said in the future) could be taken offensively. I emailed my rebuttal to Christopher and CC his Director Nikki Rebolloso, within days I immediately began to receive (what I perceived) to be Targeted, Harassing and Actions being taken against me in a Retaliatory manner. I immediately addressed any work-related concerns Christopher emailed me and also

acknowledged to him I was aware his actions and comments were Targeted, Harassing and Retaliatory in nature. Christopher Thomas Never Responded nor Ever addressed my concern, hurt and disappointment with his comments, just proceeded to daily send emails having the pattern of being retaliatory in nature. I submitted emails of my concern to Christopher Thomas and CC his Manager Nikki Rebolloso and HR's Head Gracie Landry. No actions were taken to Stop or Address the harassment, this continued from 05/29/2026 Thru 06/09/2026 when I received a Zoom Email Request from Gracie Landry on 06/09/2026, once I accepted and logged into the zoom call I was abruptly and immediately advised I was terminated. I asked for additional information as to why I was being terminated and I was told "The Company has come to The Decision I am No Longer A "Good Fit for The Company" I again asked for more clarification, reason, actions, behaviors or incidents that lead Her (Gracie Landry) or others within the Company g Jorie AL to view me as "Not A good Fit" and I was again told the company has just come to this conclusion. I Thanked her and the Zoom ended, I had requested and did receive within (30mins) a termination email advising I was being Terminated for the Cause of "Not Being A Good Fit" I filed a report with the EEOC and the EEOC reached out to Gracie Landry (Head Of Human Resources) No information, Documentation was submitted or provided to the EEOC addressing the reason/s that would substitute my termination.

Gwendolyn M. Green

10/07/2026

## RELIEF STATEMENT:

I Gwendolyn M. Green Allege the following Basis of Wrong Doing By Jorie AI-Advanced Automation Employees and Staff (1) Targeted, Strategic and Methodical Harassment from Christopher Thomas, Nikki Rebelloso and Gracie Landry. (2) The Constant emails sent to me by each of these persons Were Never to Address the Real Issue I brought to Light of Unprofessionalism and Racially insensitive, insulting and disrespectful comments made by Christopher Thomas. (3) The emails I continued to receive were rather continually and consistently emailing me about how I was feeling and not can you provide more information or enlightenment on this issue. (4) The continual emails from Nikki Rebolloso and Gracie Landry continued Despite my initial acknowledgement as documented in my email dated and submitted 05/29/2026, through additional emails I received thru 06/05/2026. In each emailed responses I assured Everyone I was doing good, I was continuing to work hard, work diligently, I was current on my work, I had supplied all Production Sheets requested (with documented explanation from myself as Well As IT of why they hadn't been sent earlier. I acknowledged my past and current dedication to my work requirements, responsibilities, performance, work ethic, positivity and productivity had not and wouldn't change. I acknowledged I am and always have strived continually to moved forward even prior to my reporting the incidents directly to Christopher Thomas. (5) I Respectfully and Professionally Acknowledged I was extremely trepidatious concerned and felt I was being Targeted, Harassed by Christopher Thomas since sending my written rebuttal on 05/29/2026 and extremely worried about being Retaliated against and possibly losing my job. I stated this Exact Sentiment in my 05/29/2026 Coaching rebuttal email, my acknowledgement of my Discomfort with further decurions (Via email or Zoom) would/could make the situation worse. (5) I documented in several emails the extreme vulnerability I felt with what I considered continual Harassment by email to by Christopher Thomas and additional emails from Nikki Rebolloso and Gracie Landry to check on me and speak with me were appreciated however for my personal and professional wellbeing and Job safety and stability I respectfully declined Again acknowledging all was well. I respectfully denied any zoom meetings without the availability of having an unbiased third-party

representative or me being able to record requested meetings, I didn't receive any responses back in reference to either of these requests. I'd requested numerous times for to be provided copies of the Zoom Calls in question to Christopher Thomas my then manager, Nikki Rebolloso (Director of Commercial Operations and Gracie Landry Director of Human Resource never received approval prior to termination, I was told once from Christopher HR was looking into my Request. I Didn't ever Get an Email or Notification this issue was being researched investigated, people on the those particular zoom calls were going to be interviewed Etc. They were going to pull the specific zoom meeting and listen to them for verification of what I acknowledged happened, they had listened to them and wanted to speak with me to get insight on what I would like or not like to see happen. In My OPINION this Issue Was Buried and I was Subsequently and Quickly Retaliated Against and Fired. I am aware Christopher Thomas Remains Employed with Jorie AI-Advanced Automations as a RCM Accounts Manager, Christopher Thomas Still Continues to Gain Positive Upward Success within the company, continues to be given additional RCM Accounts to Manage, He is Still being Afforded All the Comforts, Perks, Raises and Professional Esteem within his position, Yet I am Jobless because I made Christopher Thomas aware of His Professional Error, There has been No Proper Professional Accountability or Responsibility Shown or Required By anyone within Jorie AI-Advanced Automation in reference to this issue.

That is Why I am asking The Federal Courts to Award me $136,000 (5 years my salary) for the Targeted, Systemic, Premeditated, Unmerited Retaliatory termination of me from my position of (Billing Analysis) a position I held for 6 years 2 Months without ANY Prior Disciplinary Actions Inclusive Of: Coaching's, Verbal Warnings or Written Warnings Prior to May 15, 2026. I am Still Unemployed to This Date of October 7th 2026, I am requesting The Additional Damage Amounts Listed Below Directly Caused by the Retaliatory Termination of My Job. The amounts are Listed Below (X's) the 4 months I have been unemployed:

Home Exspense: $850.00 Monthly

Lights: $285.00 Monthly

Water: $148.00 Monthly

State Farm Ins (Hospital Coverage, Renters Insurance, Life Insurance) $53.00

State Farm Car insurance: $153.00 Monthly

Frontier Home Phone/Internet $103.00

T-Mobile Cellular Service $ 110.00 Monthly

Car Shield Repair Coverage: $93.00 Monthly

AAA Towing Coverage $135.00 Yearly Due in November 2026 -

Sam's Club Membership $100.00 Due Yearly in July 2026 – Not Renewed

KEMPER Life Insurance Policy $49.00 Monthly

Capital One Credit Card $ 100.00 Monthly

Affirm Credi Card $ 105.00 Monthly

Loss Of Medical, Dental, Eye and My Life Insurance Coverage – Taken directly from my pay then check from Jorie AI – Advance Automation

Grocery's $35.00 Monthly

Gas For Car $ 180.00 Monthly

Lawn Care Service Monthly $120.00

Oot Of Pocket Payment for Metal Health Services $ 662.39 Inclusive of Medication.

Reimbursement of - 401K $1920.00 Taxes, Administrative Fees and Processing Fees Charged to Disburse Cash Out after termination to assist with Bills and Expenditures.

Four Months (From 06/09/2026 Through October 2026) of Using Up and Depleting Funds From my 401K Distribution of $4940.00, 3127.00 from my Personal Savings and $2012.00 to maintain my Monthly bills to date 10/07/2026.

I am requesting Punitive Damages in the amount of $50,000 Dollars for the Mental, Emotional, Physical and Financial Stresses caused by my

Termination, Loss of Financial stability, Loss of Viable Employment and Stable Employment to Date Despite my Diligent and Persistent efforts. The Stress I am Constantly under has caused (Constant and Continual Higher Elevation of My Blood Pressure, Constant Headaches, Constant Anxiety, the need for me to pay Out of Pocket for Mental Health Service and Prescribed Medication for my stress and anxiety. The Financial, Mental, Emotional and Physical Stress I am and have been under for the past (4) months is Completely Attributed my Unexpected, Unfair, Unwarranted Retaliatory Termination. The Collaborative Efforts, Choices and Decision Not to Properly Research, Investigate and Mediate a Proper Resolution Amenable to All Parties Involved Was the Wrong Decision by Each of these (Jorie AI -Advanced Automation Mangers, Upper Management Employees and Direct Human Resource Employees All Accountable and Responsible for Ensuring the Proper Steps, Chain of Command and Business Practices Were Adhered to and completed FAILED TO DO SO! The Following Persons (Manager - Christopher Thomas, Director Of Commercial Operations Nikki Rebolloso, Nikki Hererra - RCM Accounts Manager, Gracie Landry – Director of Human Resources, HR Generalist - Daisy Martinez) Collectively made the Decision to Retaliate by Terminating my Employment I Absolutely Didn't Do Anything Wrong, by bring awareness to Christopher Thomas of Inappropriate and Unprofessional comment in No Manner Violated Any of Jorie AI-Advanced Automation Policies, Procedures or Standards set within Jorie Ai-Advanced Automation Handbook.

Gwendolyn M. Green

10/07/2026

See Attachments

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10.7.2026

Signature of Plaintiff: Gwendolyn M. Green

Printed Name of Plaintiff: Gwendolyn M. Green

### B. For Attorneys

Date of signing: ______

Signature of Attorney: ______

Printed Name of Attorney: ______

Bar Number: ______

Name of Law Firm: ______

Street Address: ______

State and Zip Code: ______

Telephone Number: ______

E-mail Address: ______